IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50447
Conference Calendar
_____

FLETCHER STEEL,

                                        Plaintiff-Appellant,

versus

TEXAS COURT OF CRIMINAL APPEALS,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-00-CV-1418
--------------------
October 26, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

    Fletcher Steel, *pro se* prisoner # 588829A, appeals the
district court's dismissal of his petition for writ of mandamus,
by which Steel sought an order directing the Texas Court of
Criminal Appeals to consider his third state postconviction
application.  The district court's determination that it had no
authority to issue a writ of mandamus was correct.  See Moye v.
Clerk, DeKalb Co. Super. Ct., 474 F.2d 1275, 1276 (5th Cir.
1973).  Steel's appeal presents no issue of arguable merit and
is, therefore, dismissed as frivolous.  See 5TH CIR. R.  42.2.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

DISMISSED AS FRIVOLOUS.